IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALEX HUDSON, on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PALM BEACH TAN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-CV-486 |

## PALM BEACH TAN'S MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), and for those reasons stated in the accompanying Brief in Support of Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, Palm Beach Tan, Inc. ("Palm Beach Tan") respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice.

Dated: August 18, 2023

*Respectfully submitted,*

/s/ Jared D. Eisenberg
Michael P. Lynn, P.C.
mlynn@lynnllp.com
Texas Bar No. 12738500
Jared D. Eisenberg
jeisenberg@lynnllp.com
Texas Bar No. 24092382
Braden L. Dotson
bdotson@lynnllp.com
Texas Bar No. 2410808
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Ave.
Suite 2700
Dallas, Texas 75201
Tel. (214) 981-3800
Fax (214 981-3839

/s/ D.J. O'Brien III
D.J. O'Brien III
dobrien@brookspierce.com
N.C. State Bar No. 35481
William A. Robertson
wrobertson@brookspierce.com
N.C. State Bar No. 53589
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
2300 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
Tel. (336) 373-8850
Fax (336) 378-1001

*Counsel for Defendant Palm Beach Tan, Inc.*

**PALM BEACH TAN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**     **PAGE 2 OF 2**
4881-3598-5017.v1

Case 1:23-cv-00486-UA-JEP   Document 12   Filed 08/18/23   Page 2 of 2