IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALEX HUDSON, on behalf of            )
himself and all others               )
similarly situated,                  )
                                     )
            Plaintiff,               )
                                     )        1:23-cv-486
       v.                            )
                                     )
PALM BEACH TAN, INC.,                )
                                     )
            Defendants.              )

## ORDER

On August 12, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Petitioner pursuant to 28 U.S.C. § 636. (Docs. 20, 21.) In the Recommendation, the Magistrate Judge recommends that Defendant's Motion to Dismiss be denied at this time, without prejudice to further consideration of the issues on subsequent dispositive motions. No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 20), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (Doc. 16), is **DENIED.**

This the 13th day of September, 2024.

_____
United States District Judge